UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ZINOVII BOIKO and MAMADJANOV AZIMJON,

                Plaintiffs,

    v.

COASTAL AIR INC. and YUIRY IVANIN

                Defendants.
----------------------------------------------------------------X

JUDGMENT

20 CV 1226 (PKC) (CLP)

      An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on September 28, 2021, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated August 4, 2021, granting Plaintiffs' motion for default judgment; and directing that judgment be entered in Plaintiffs' favor against Defendants Coastal Air Inc. and Yuriy Ivanin in the amount of $54,964.00 in damages and attorney's fees and costs, which breaks down as follows: (1) $5,000.00 for notice violations, $12,162.00 in overtime and minimum wage payments, and $12,162.00 in liquidated damages to Plaintiff Boiko; (2) $5,000.00 for notice violations, $7,800.00 in overtime and minimum wage payments, and $7,800.00 in liquidated damages to Plaintiff Azimjon; and (3) $5,040.00 in attorney's fees; it is

      ORDERED and ADJUDGED that Plaintiffs' motion for default judgment is granted; and that judgment is hereby entered in Plaintiffs' favor against Defendants Coastal Air Inc. and Yuriy Ivanin in the amount of $54,964.00 in damages and attorney's fees and costs.

Dated: Brooklyn, New York
       September 29, 2021

Douglas C. Palmer
Clerk of Court

By:   */s/Jalitza Poveda*
       Deputy Clerk